*E-FILED: June 12, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> F. RODGERS CORPORATION, a California corporation, <br><br> Defendant. | No. C12-01532 HRL <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE AND ADMINISTRATIVELY CLOSING THE FILE** |

Upon filing, this action was scheduled for a June 26, 2012 initial case management conference. Plaintiffs have filed a notice advising that Chapter 7 bankruptcy proceedings have been initiated with respect to F. Rodgers Corporation, the sole named defendant. The instant case having been automatically stayed, the court finds no reason to keep this case on its docket of active litigation. Accordingly, the initial case management conference is vacated, and the clerk shall administratively close the file.

Any party may file a motion to reopen this matter should a change in circumstances warrant it. In any event, the parties shall notify the court within ten (10) days of any proceeding in the bankruptcy action that would allow the instant lawsuit to go forward.

Dated: June 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01532-HRL Notice has been electronically mailed to:

Sue Campbell    suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com